IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NAUTILUS INSURANCE COMPANY                                                                PLAINTIFF

VS.                                         CASE NO. 4:11-CV-4054

STEVEN JOHNSON, SHARON ALAMO,
SALLY DEMOULIN, THOMAS SCARCELLO,
STEVE LOVELETTE, DONN WOLFE,
JENNIFER KOLBEK, JEANNE ESTATES
APARTMENTS, INC., ADVANTAGE FOODS
GROUP, ACTION DISTRIBUTORS, INC.,
TONY ALAMO a/k/a BERNARD HOFFMAN                                              DEFENDANT-INSUREDS

and

DESIREE KOLBEK, AMY EDDY, JEANETTE
ORLANDO, NICOLE FARR, SUMMER
HAGAN, JAMIE RODRIGUEZ, PEBBLES
RODRIGUEZ a/k/a YVONNE RODRIGUEZ,
SPENCER ONDIRSEK, SETH CALAGNA,
CHRISTHIAON COIE                                                                         DEFENDANT-CLAIMANTS

## ORDER

Before the Court is a Joint Motion to Dismiss filed on behalf of Plaintiff Nautilus Inusrance Company and Certain Defendants. (ECF No. 97). Pursuant to Federal Rule of Civil Procedure 41, Plaintiff seeks to dismiss its claims against Separate Defendants Steve Johnson, Desiree Kolbek, Amy Eddy, Jeanette Orlando, Nicole Farr, Summer Hagan, Jamie Rodriguez, Pebbles Rodriguez, Seth Calagna, and Spencer Ondrisek. Separate Defendants Calagna and Ondrisek also seek to dismiss their counterclaims against Plaintiff. No objection to the dismissal has been filed by any party in this action. The Court finds this matter ripe for consideration.

Upon consideration, the Court finds that good cause for the dismissals has been shown. Accordingly, the motion (ECF No. 97) should be and hereby is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41, Plaintiff's claims against Steve Johnson, Desiree Kolbek, Amy Eddy, Jeanette Orlando, Nicole Farr, Summer Hagan, Jamie Rodriguez, Pebbles Rodriguez, Seth Calagna, and Spencer

Ondrisek are **DISMISSED WITH PREJUDICE**.  Calagna and Ondrisek's counterclaims against Plaintiffs are **DISMISSED WITH PREJUDICE**.

    IT IS SO ORDERED, this 25th day of November, 2013.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                United States District Judge