IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NAUTILUS INSURANCE COMPANY                                              PLAINTIFF

VS.                              CASE NO. 4:11-CV-4054

SHARON ALAMO, SALLY DEMOULIN,
THOMAS SCARCELLO, STEVE LOVELETTE,
DONN WOLFE, JENNIFER KOLBEK,
JEANNE ESTATES APARTMENTS, INC.,
ADVANTAGE FOODS GROUP,
ACTION DISTRIBUTORS, INC.,
TONY ALAMO a/k/a BERNARD HOFFMAN                          DEFENDANT-INSUREDS

and

CHRISTHIAON COIE                                          DEFENDANT-CLAIMANTS

**JUDGMENT**

Before the Court is a Motion for Summary Judgment (ECF No. 104) filed on behalf of Plaintiff Nautilus Insurance Company ("Nautilus"). Defendants[1] have filed a response. (ECF No. 109). Nautilus has filed a reply. (ECF No. 113). The Court finds this matter ripe for consideration.

For the reasons stated in the Memorandum Opinion of even date, the Court finds that Nautilus's Motion for Summary Judgment (ECF No. 104) should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, this 31st day of March, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Defendants are Sharon Alamo, Sally Demoulin, Thomas Scarcello, Steve Lovellette, Donn Wolfe, Douglas "Sonny" Brubach, Ron Decker, Jennifer Kolbek, Angela Morales, Sanford White, Terri White, Jeanne Estates Apartments, Inc., Advantage Foods Group, Action Distributors, Inc., Rite Way Roofing, Inc., Tony Alamo a/k/a Bernard Hoffman, and Christhiaon Coie. Defendants that have been previously dismissed include Steve Johnson, Desiree Kolbek, Amy Eddy, Jeanette Orlando, Nicole Farr, Summer Hagan, Jamie Rodriguez, Pebbles Rodriguez, Seth Calagna, and Spencer Ondrisek. (ECF No. 98).